**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO. 3:18-CR-207-RJC-DCK** |
| | ) | |
| **v.** | ) | **ORDER TO UNSEAL** |
| | ) | |
| **KAMLESH GOPAL PARDASANI** | ) | |

      **THIS MATTER IS BEFORE THE COURT** on the United States of America's "Motion To Unseal Indictment And Arrest Warrant" (Document No. 6) filed December 3, 2019.   Having carefully considered the motion, and for good cause shown, the undersigned will <u>grant</u> the motion.

      **IT IS, THEREFORE, ORDERED** that the United States of America's "Motion To Unseal Indictment And Arrest Warrant" (Document No. 6) is **GRANTED**, and the Indictment and Arrest Warrant and the materials filed herein shall be **UNSEALED**.

      **SO ORDERED**.

Signed: December 9, 2019

David C. Keesler
United States Magistrate Judge